IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARLENE M. BALINAO,
       Plaintiff,

vs.                                           Case No. 3:08cv72/RS/EMT

UNITED STATES OF AMERICA,
       Defendant.
_____/

## **ORDER**

       Plaintiff filed this action pro se pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2672, *et seq.* She has paid the filing fee. The matter is before the court upon Plaintiff's "Notice and Affidavit of Arlene M. Balinao . . . ," (Doc. 18), which was filed in response to the court's order to show cause dated October 30, 2009 (Doc. 17).

       Upon review of the docket and Plaintiff's response, the court has determined that docketing and referral errors occurred in connection with Plaintiff's filing of her second amended complaint which led the court to conclude incorrectly that an acceptable second amended complaint had not been filed (*see* Docket Entries dated from February 24, 2009, through February 26, 2009, Docs. 14–16). Accordingly, the court finds that Plaintiff has shown good cause why this action should not be dismissed for failure to comply with an order of the court or for want of prosecution. Additionally, the court finds that the second amended complaint is sufficient to alert Defendant to the nature and basis of Plaintiff's claims. By separate order service of the second amended complaint therefore shall be ordered, and Defendant shall be required to respond.[1]

---

[1] Although Plaintiff has paid the filing fee, thereby placing the responsibility of effecting service of the complaint on her, in light of the lengthy delay in processing her second amended complaint—a delay which is not attributable to Plaintiff—the court shall direct the United States Marshals Service to proceed with service of the amended complaint. Additionally, the clerk shall be directed to prepare the necessary service copies.

Accordingly, it is **ORDERED**:

Plaintiff has shown good cause why this action should not be dismissed for failure to comply with an order of the court or for want of prosecution. This matter therefore may proceed.

**DONE AND ORDERED** this 20th day of November 2009.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**