IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARLENE M. BALINAO,
    Plaintiff,

vs.                                        Case No. 3:08cv72/RS/EMT

UNITED STATES OF AMERICA,
    Defendant.
_____/

## **ORDER**

        Plaintiff filed this action pro se pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2672, *et seq.* The matter is before the court upon Plaintiff's second amended complaint (Doc. 15). The court finds that the second amended complaint is sufficient to alert Defendant to the nature and basis of Plaintiff's claims. Service of the second amended complaint therefore shall be ordered, and Defendant shall be required to respond.

        Accordingly, it is **ORDERED**:

        1.     The clerk of court shall change the docket to reflect that there is one (1) Defendant in this action: the United State of America, as reflected in the style of this order.

        2.     The clerk of court is directed to prepare three (3) service copies of the amended complaint (Doc. 15). The clerk is further directed to issue summons indicating that Defendant has sixty (60) days in which to file a response to the complaint. The clerk shall issue summonses for the Attorney General of the United States and the United States Attorney for the Northern District of Florida.

        3.     The clerk of court is directed to prepare a copy of this order for Defendant, as well as a copy for the Attorney General of the United States and the United States Attorney for the Northern District of Florida. The clerk shall send the copies to the United States Marshals Service, along with the three service copies of the amended complaint and the summonses. The clerk shall

also prepare a Notice of a Lawsuit and Request to Waive Service of a Summons form (AO-398) for the Defendant, and send the Notice and a Waiver of the Service of Summons form (AO-399) to the Marshals Service, pursuant to Fed. R. Civ. P. 4(d). Pursuant to Fed. R. Civ. P. 4(c)(3), all costs of service shall be advanced by the United States.

      4.      The Marshals Service shall complete USM 285 forms for Plaintiff, addressed to the United States Attorney and the Attorney General of the United States. The USM 285 forms shall provide for service on the United States Attorney for the Northern District of Florida (to be addressed to: Civil Process Clerk, United States Attorney's Office, Northern District of Florida, 21 East Garden Street, Pensacola, Florida 32502), and the Attorney General of the United States (to be addressed to: Department of Justice, Room 511, Washington, D.C. 20530).

      5.      The Marshals Service shall serve the United States Attorney for this District by delivering a copy of the summons and amended complaint to the United States Attorney for this District. In the alternative, the Marshal shall serve the United States Attorney for this District by sending a copy of the summons and amended complaint **by registered or certified mail** to the Civil Process Clerk at the Office of the United States Attorney for the Northern District of Florida at the address specified above.

      6.      The Marshals Service shall serve the Attorney General of the United States by sending a copy of the summons and amended complaint **by registered or certified mail** to the Attorney General of the United States at the address specified above.

      7.      The clerk of court is directed to return this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service is returned unexecuted or upon receipt of an answer to the amended complaint.

      8.      Defendant shall have 60 days in which to file a response to the complaint.

      9.      No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the court.

      10.      Counsel for Defendant shall file a notice of appearance within thirty (30) days of the date of service.

      11.      Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the

Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

12. After a notice of appearance has been filed, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the clerk a "certificate of service" stating the date a correct copy of the paper was mailed to the Defendant or to the attorney representing the Defendant. **Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.**

13. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. <u>If</u> Plaintiff wishes to consent, she should sign the form and forward it to counsel for Defendant (after service has been effected), <u>who shall return it to the clerk only if Defendant also consents</u>.

14. Plaintiff is reminded to keep the clerk of court advised of any change in her mailing address. Failure to do so may result in the dismissal of this action for failure to prosecute should court orders not be able to reach Plaintiff.

15. **In any event, the clerk shall refer this file to the undersigned forty-five (45) days from the date of this order**.

**DONE AND ORDERED** this 20<u>th</u> day of November 2009.

> */s/ Elizabeth M. Timothy*
> **ELIZABETH M. TIMOTHY**
> **UNITED STATES MAGISTRATE JUDGE**