IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARLENE M. BALINAO,

    Plaintiff,

vs.                      CASE NO. 3:08cv72/RS-EMT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 39). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion To Dismiss (Doc. 25) is **granted**. This case is dismissed with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on July 20, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**